JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TRADEX CO.,

                Plaintiff,

- against -

FALCON SHIPPING PTE LTD. a/k/a FALCON
SHIPPING LTD.,

                Defendant.
------------------------------------------------------------X

07 CIV 9822

ECF CASE



NOV 0 6 2007

U.S.... S.D.N.Y.
CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: November 6, 2007
       New York, NY

                The Plaintiff,
                TRADEX CO.

                By: _____
                Nancy R. Peterson
                Patrick F. Lennon
                LENNON, MURPHY & LENNON, LLC
                The Gray Bar Building
                420 Lexington Ave., Suite 300
                New York, NY 10170
                (212) 490-6050
                facsimile (212) 490-6070
                nrp@lenmur.com
                pfl@lenmur.com