CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TRADEX CO.,                                       :
                                                  :
                                                  :
                        Plaintiff,                :     **07-CV-9822**
                                                  :
            v.                                    :     **NOTICE OF**
                                                  :     **APPEARANCE**
FALCON SHIPPING PTE LTD. a/k/a FALCON             :
SHIPPING LTD.,                                    :
                                                  :
                                                  :
                        Defendants.               :
-------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       November 12, 2007

                                    CLARK, ATCHESON & REISERT
                                    Attorneys for Garnishee
                                    Societe Generale New York Branch

                    By: _____
                                    Richard J. Reisert (RR-7118)
                                    7800 River Road
                                    North Bergen, NJ  07047
                                    Tel: (201) 537-1200
                                    Fax: (201) 537-1201
                                    Email:  reisert@navlaw.com