USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRADEX CO.,

               Plaintiff,

    - against -

FALCON SHIPPING PTE LTD. a/k/a FALCON
SHIPPING LTD. (the Owner of the ZARA III),
OCEAN CHART LIMITED a/k/a
OCEANCHART LTD. and SEA FRESH SHIPPING LTD.,

               Defendants.
------------------------------------------------------------X

07 Civ. 9822 (LAP)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The attachment is hereby vacated and garnishee banks, Bank of New York and J.P. Morgan Chase, are directed to immediately release Defendants' funds which they restrained pursuant to the Ex-Parte Order(s) issued in the instant action in the approximate amounts of $10,000.00 and $5,165.00 respectively to the Defendant Falcon Shipping PTE Ltd. a/k/a Falcon Shipping Ltd. unless contrary instructions are provided by Defendants or Defendants' counsel.

Dated: January 15, 2008
       Southport, CT

                                      The Plaintiff,
                                      TRADEX CO.,

The Clerk of the Court Shall   By: /s/
mark this action closed and all
pending motions denied as moot.   Nancy R. Peterson (NR 2871)
                                       LENNON, MURPHY & LENNON, LLC
SO ORDERED:   420 Lexington Ave., Suite 300
                                       New York, NY 10170   (212) 490-6050
/s/ Loretta A. Preska
LORETTA A. PRESKA, U.S.D.J.
January 15, 2008